# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **WILLIE ANDREW COLE,** | ) |
| Petitioner, | ) |
| v. | ) Case No. 3:12-cv-00704 |
| | ) Judge Campbell |
| **JERRY LESTER, Warden,** | ) |
| Respondent. | ) |

## O R D E R

The petitioner, Willie Andrew Cole, has filed a *pro se* petition for a writ of *habeas corpus* under 28 U.S.C. § 2254. (Docket No. 1).

As provided in the memorandum entered contemporaneously herewith, the petition is hereby **DENIED**. Rule 4, Rules – § 2254 Cases. Accordingly, all claims in the petition are hereby **DISMISSED WITH PREJUDICE**. A certificate of appealability will not issue as to any of the petitioner's claims.

It is so **ORDERED**.

_____
Todd J. Campbell
United States District Judge